FILED

2013 FEB 12 PM 3:36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PDQ INVESTMENTS, LLC, AS TRUSTEE FOR CALLE DE SUENOS TRUST #16,<br><br>          Plaintiff,<br><br>    v.<br><br>JOSE DIAZ,<br><br>          Defendant. | Case No. SACV 13-190-UA (DUTYx)<br><br>ORDER RE: SUMMARY REMAND DUE TO IMPROPER REMOVAL |

On February 4, 2013, Jose Diaz lodged a Notice of Removal and an application to proceed *in forma pauperis*. Plaintiff brought suit in a straight-forward unlawful detainer action in the Orange County Superior Court. The Court has denied the aforementioned application under separate cover because this action was not properly removed. As a result, the Court issues this Order to remand the action to state court.

Plaintiff could not have brought this action in federal court based on federal question jurisdiction because the underlying matter is a straight-forward unlawful detainer action. 28 U.S.C. §§ 1331, 1441(a). Further, assuming a claim of diversity jurisdiction was to be asserted as a basis for removal, the Court notes that the amount in

1 | controversy in the unlawful detainer action does not exceed $75,000, excluding interest
2 | and costs. 28 U.S.C. §§ 1332(a), 1441(b).
3 |     Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
4 | Superior Court of California, Orange County, 23141 Moulton Pkwy., Laguna Hills,
5 | California 92653, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c);
6 | (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the
7 | Clerk serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: 2/10, 2013

HONORABLE GEORGE H. KING
Chief United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2